IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. 21-894 |
| Plaintiff,    ) | |
| ) | HONORABLE PAUL L. MALONEY |
| v.    ) | |
| ) | |
| DANIEL KORREY and    ) | |
| JENNIFER KORREY,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

**Judgment Against Defendants Daniel Korrey and Jennifer Korrey**

Pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered in favor of the plaintiff United States of America and against defendants Daniel Korrey and Jennifer Korrey as follows:

Defendant Daniel Korrey is liable to the United States in the amount of $29,530.89 as of February 18, 2022, plus statutory additions from and after February 18, 2022, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c), for his unpaid income tax liabilities for 2002 and 2012.

Defendants Daniel Korrey and Jennifer Korrey are jointly and severally liable to the United States in the amount of $88,347.07 as of February 18, 2022, plus statutory additions from and after February 18, 2022, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c), for their joint unpaid income tax liabilities for 2015, 2016, and 2017.

IT IS SO ORDERED, ADJUDGED, AND DECREED:

Date:  March 11, 2022

    /s/ Paul L. Maloney
UNITED STATES DISTRICT JUDGE